United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA FRANCESCA FERRARI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATURAL PARTNER, INC., et al.,<br><br>    Defendants. | Case No. 15-CV-04787-LHK<br><br>**ORDER APPOINTING PRO BONO COUNSEL FOR LIMITED-SCOPE REPRESENTATION**<br><br>Re: Dkt. No. 54 |

Plaintiffs Lisa Francesca Ferrari and Joseph LaBrash ("Plaintiffs"), proceeding pro se, filed a Motion to Appoint Counsel, seeking limited scope representation at an upcoming court-ordered settlement conference. ECF No. 54. On May 31, 2016, the Court referred the case to the Federal Pro Bono Program to locate pro bono counsel for Plaintiffs.

The Federal Pro Bono Program has informed the Court that Darcy Jones, Jonathan K. Waldrop, John Downing, Heather Kim, and Marcus Barber, all of the law firm Kasowitz Benson Torres Freidman, LLP, located at 333 Twin Dolphin Drive, Suite 200, Redwood Shores, California 94065, have agreed to serve as appointed pro bono counsel for Plaintiffs. Thus, Darcy Jones, Jonathan K. Waldrop, John Downing, Heather Kim, and Marcus Barber are hereby APPOINTED as counsel for Plaintiffs pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal

1  Pro Bono Project guidelines for the limited scope of representing Plaintiffs at the court-ordered
2  settlement conference currently scheduled to be held on June 14, 2016.  Appointed counsels'
3  representation of Plaintiffs shall cease upon completion of the settlement conference proceeding.
4  **IT IS SO ORDERED.**

6  Dated: 06/03/2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-04787-LHK
ORDER APPOINTING PRO BONO COUNSEL FOR LIMITED-SCOPE REPRESENTATION