AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Lisa F. Ferrari and Joseph M. Labrash
              Plaintiff (s),
    V.
Natural Partners, Inc. et al.
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15-cv-04787-LHK

Notice is hereby given that, subject to approval by the court, __Natural Partners, Inc.__ substitutes
(Party (s) Name)

__Genese K. Dopson__, State Bar No. __108333__ as counsel of record in
(Name of New Attorney)

place of __Mark A. Nadeau, Cameron A. Fine, Isabelle L. Ord, and Alec Cierny (DLA Piper LLP (US))__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Genese K. Dopson, Esq. |
| Address: | Wilson Elser Moskowitz Edelman & Dicker LLP, 525 Market St., 17th Floor, SF, CA 94105 |
| Telephone: | (415) 433-0990        Facsimile (415) 434-1370 |
| E-Mail (Optional): | genese.dopson@wilsonelser.com |

I consent to the above substitution.
Date:  6.15.16
                                       NATURAL PARTNERS, INC
                                       (Signature of Party (s))

I consent to being substituted.
Date:  6/15/2016
                                       DLA Piper LLP (US)
                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  6/15/2016
                                       Genese K. Dopson
                                       (Signature of New Attorney)
                                       Wilson, Elser, Moskowitz, Edelman + Dicker LL

The substitution of attorney is hereby approved and so ORDERED.

Date:  July 28, 2016
                                       Lucy H. Koh
                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]