AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Lisa Francesca Ferrari and Joseph M. Labrash,
              Plaintiff(s),
V.
Natural Partners, Inc., Prothera, Inc., et al.
              Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 15-CV-04787-LHK

Notice is hereby given that, subject to approval by the court, __Plaintiffs__ substitutes
                                        (Party (s) Name)

__Jon E. Drucker__, State Bar No. __139389__ as counsel of record in
(Name of New Attorney)

place of __Plaintiffs Lisa Francesca Ferrari and Joseph Michael Labrash -- in pro per__.
                          (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: Law Offices of Jon E. Drucker
   Address: 8306 Wilshire Boulevard # 638
   Telephone: (323) 931-6363     Facsimile (310) 861-5480
   E-Mail (Optional): JDrucker@lawyers.com

I consent to the above substitution.
Date: 6/21/2016
                                    (Signature of Party (s))

I consent to being substituted.
Date: _____
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/21/2016
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 28, 2016             _Lucy H. Koh_
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]